WALTER SCHWARTZ, Appellant, *v.* BAUSCH AND LOMB OPTICAL COMPANY, Respondent.

Argued November 15, 1943; decided January 6, 1944.

*Leo G. Hosenfeld* and *William L. Clay* for appellant.

*Morgan F. Bisselle* and *Warren C. Tucker* for respondent.

Judgment affirmed, with costs, on the authority of *Scherini* v. *Titanium Alloy Co.* (286 N. Y. 531). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.